AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2025

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| JAYSON I., | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| FRANK BISIGNANO, | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant* | |

Civil Action No.   2:24-CV-00388-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion, ECF No. 13, is GRANTED.
Defendant's Motion, ECF No. 18, is DENIED.
REMANDED to the Commissioner for further proceedings.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Alexander C. Ekstrom _____

Date:   June 25, 2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____